# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRYAN PHILLIP BONHAM,
    Appellant,
   vs.
THE STATE OF NEVADA,
    Respondent.

No. 79649

**FILED**

OCT 10 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
  DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from district court orders denying a motion to correct an illegal sentence and denying a motion for reconsideration. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

This court's review of this appeal reveals jurisdictional defects. The district court entered the order denying a motion to correct an illegal sentence on June 20, 2019. Appellant did not file the notice of appeal until September 16, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). In addition, no statute or court rule permits an appeal from an order denying a motion for reconsideration in a criminal matter. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

          _Hardesty_ , J.
         Hardesty

_Stiglich_ , J.      _Silver_ , J.
Stiglich        Silver

cc: Hon. Stefany Miley, District Judge
Bryan Phillip Bonham
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A